U.S. DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN
OCT - 2 2026
FILED/REC'D
CLERK OF COURT

# ATTACHMENT 1

# COMPLAINT FORM

**(for non-prisoner filers without lawyers)**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE** Western **DISTRICT OF** Wisconsin

---

(Full name of plaintiff(s))

James Davis

26-cv-1000-jdp

vs Case Number:

State 2023 CF 002818

(Full name of defendant(s)) (to be supplied by clerk of court)

Federal Court

DA 2023 DA 010621

---

A. PARTIES

1. Plaintiff is a citizen of Wisconsin (State) and resides at

6222 Raymond Rd Madison WI 53711
(Address)

(If more than one plaintiff is filing, use another piece of paper).

2. Defendant Federal Court
(Name)

is (if a person or private corporation) a citizen of Wisconsin
(State, if known)

and (if a person) resides at 120 N Henry St Madison WI 53703
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for N/A
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:

1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

My house was raided on october 23 2023 and my property was seized money and severely 504 N. Sugar Maple lane

C. JURISDICTION

☐ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_______________.

D. RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

I want all Property back

E. JURY DEMAND

☐ Jury Demand - I want a jury to hear my case

OR

☐ Court Trial – I want a judge to hear my case

Dated this 10/2 day of 2 , 2026.

Respectfully Submitted,

[signature]

Signature of Plaintiff

608-683-8656

Plaintiff's Telephone Number

Jameon 67 @ yahoo.com

Plaintiff's Email Address

6222 Raymond Rd

Madison WI 53711

(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☑ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.